UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Johnny D. Vallejo                  :       Civil# 11-338 (KSH)
                                   :
         Petitioner
    -vs-                           :              ORDER

UNITED STATES OF AMERICA           :

         Respondent                :


A petition to vacate, set aside or correct sentence pursuant to 28 USC 2255, having been filed in the above matter;

IT IS on this 29th day of June, 2011

O R D E R E D that the respondent(s) United States of America and the Attorney General of the United States of America file an answer to said petition on or before August 15, 2011 accompanied by a certified copy of all briefs, appendices, opinions, process, pleadings, transcripts and orders filed in the proceedings under attack, or such of them as may be material to the questions raised in the petition.

/s/ Katharine S. Hayden
Katharine S. Hayden, USDJ